RECEIVED

JUL 27 2018

BY MAIL

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI
DIVISION

La'Shanda M. Farmer
(Shonda Williams)
3503 Falling Springs Rd
Apt 4 Front Cahokia, IL

(Write the full name of each plaintiff
who is filing this complaint. If the
names of all the plaintiffs cannot fit in
the space above, please write "see
attached" in the space and attach an
additional page with the full list of
names.)

v.   United States
F.B.I
900 E. Linton Ave
Springfield IL 62703

(Write the full name of each defendant.
The caption must include the names of
all of the parties. Fed. R. Civ. P. 10(a).
Merely listing one party and writing "et
al." is insufficient. Attach additional
sheets if necessary.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**Complaint for a Civil Case**

Case No.
*(to be assigned by Clerk of
District Court)*

Plaintiff requests trial by jury:

☒ Yes   ☐ No

## CIVIL COMPLAINT

### NOTICE:

*Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should not
contain: an individual's full social security number or full birth date, the full name of a person
known to be a minor, or a complete financial account number. A filing may include only: the last
four digits of a social security number, the year of an individual's birth, a minor's initials, and the
last four digits of a financial account number.*

*Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness
statements, or any other materials to the Clerk's Office with this complaint.*

*In order for your complaint to be filed, it must be accompanied by the $400.00 filing fee or an
application to proceed without prepaying fees or costs.*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                 _La'Shonda Tarver / S Flordia-Williams_

Street Address       _3503 falling Springs Rd Apt 4 Front_

City and County      _Cahokia , St Clair County_

State and Zip Code   _IL  62206_

Telephone Number     _(618) 789-5023_

E-mail Address        _ShondaWilliams1968@gmail.com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name                 _United States_

Job or Title         _F.B.I_

Street Address       _910 E. Linton Ave_

City and County      _Springfield_

State and Zip Code   _IL  62703_

Telephone Number     _217-522-9675_

E-mail Address

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.  If you are suing for violation of your civil rights, you must state whether you are suing each defendant in an official capacity, individual capacity, or both.)*

2

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the information for this case. *(Include all information that applies to your case)*

### A.  Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. ~~U.S. code 8~~, fair labor standards 710 FLSA ~~U.S. code 5750~~, unpaid wages, workplace safety & health.

### B.  Suit against the Federal Government, a federal official, or federal agency

List the federal officials or federal agencies involved, if any.

1. St. Louis, Mo FBI Office
2. Springfield, IL FBI Office
3. New Orleans, LA FBI Office
4. Chicago, IL FBI Office

### C.  Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation, and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

1.  The Plaintiff(s)

The plaintiff, *(name)* La'Shaikla T Arquieo is a citizen of the State of *(name)* Illinois .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

3

2.      The Defendant(s)

If the defendant is an individual

The defendant, *(name)* _____ , is a citizen

of the State of *(name)* _____ *Or* is a citizen

of *(foreign nation)* _____ .


If the defendant is a corporation

The defendant, *(name)* _____ .

is incorporated under the laws of the State of *(name)*

_____ , and has its principal place of

business in the State of *(name)* _____ *Or*

is incorporated under the laws of the State of *(foreign nation)*

_____ , and has its principal place

of business in *(name)* _____ .


*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake----is more than $75,000, not counting interest and costs of court, because *(explain):* $ 4million dollars I have been working without pay since 1984. I kept trying to quit, the F.B.I wouldn't let me nor give me my bio-logical info. My extention in Springfield, It is 3569

## III.    Statement of Claim

Type, or neatly print, a short and plain statement of the **FACTS** that support your claim(s).  For every defendant you have named in this complaint, you must state what he or she personally did to harm you.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Do not make legal arguments, or cite court cases or statutes. You may attach additional pages if necessary.

Your statement of claim must include all of the following information:

1. What happened to you? Had NO money, RAPed, children Kidnapp
2. When did it happen? No PAy check SINCE 1984
3. Where did it happen? EAST St Louis Ile CAhoKIA, IL
4. What injuries did you suffer? Homeless 80's, 90's, 00's poisoned
5. What did each defendant personally do, or fail to do, to harm you? NO ASSISTANCE/ ChildREN Kidnapp NO PAy

While being employed by the F.B.I as a INVEStigator, I suffered many hardships, such as homelessness, hit in the head by a hammer, 1984 poisoned NUMEROUS times. I had to live off of food stamps, General assistance, public assistance welfare, TANF and worked various positions at other jobs, also while being harass by police IN East St Louis, IL. the F.B.I didn't assist me when I called for help nor assisted me when my children got Kidnapped & some time hung up ~~more~~ on me. RAPed, child molestation

## IV.    Relief

State briefly and precisely what damages or other relief you want from the Court.  Do not make legal arguments. I Need to get my compquies in order I want every held accountable for their actions while being employed by the F.B.I. I want the people who Kidnapped & molested my children in jail. I want my lost wages & my bid into

Do you claim the wrongs alleged in your complaint are continuing to occur now?

Yes ☑    No ☐

Do you claim actual damages for the acts alleged in your complaint?

Yes ☑    No ☐

Do you claim punitive monetary damages?

Yes ☑    No ☐

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

*$4 million dollars, for allowing East St. Louis, IL Housing Authority to harm me & my children, homeless not assisting me properly in my other children kidnapping, not caring if I had proper care or childcare, so I can work & allowing DHS to take away much needed help*

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _24_ day of _July_, 20 _18_.

Signature of Plaintiff(s) _____